# United States District Court
## Southern District of Georgia

LASHAWN DEANGELO GRIER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:18-cv-52

WARDEN MARTY ALLEN; STAN SHEPARD; ADRIAN NELSON; and GEORGIA DEPARTMENT OF CORRECTIONS,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 16, 2019, adopting the Magistrate Judge's Report and Recommendation, Plaintiff's claims against Georgia State Prison are DISMISSED and Plaintiff's claims against Valdosta State Prison officials Upton and Moss are TRANSFERRED to the United States District Court for the Middle District of Georgia. Plaintiff is DENIED leave to appeal in forma pauperis as to his Georgia State Prison claims.

This action stands CLOSED.

Approved by: _____

September 19, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk